UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br>v.<br>STANLEY GEORGE LITWIN (11),<br><br>                                Defendant. | Case No.: 94CR0669-JAH<br><br>**ORDER AND JUDGMENT** |

This matter comes before the Court on the United States' motion to dismiss the 6th Superseding Indictment and request to recall the arrest warrant as to Defendant Stanley George Litwin (11). *See* Doc. No. 738.

IT IS HEREBY ORDERED the motion is **GRANTED**. The 6th Superseding Indictment in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the arrest warrant is recalled.

**IT IS SO ORDERED.**

DATED: April 10, 2020

_____
JOHN A. HOUSTON
United States District Judge